# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| REDINA HAYSLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:22-cv-1123-STA-jay |
| | ) | |
| TYSON FOODS, INC. and its wholly owned subsidiary, THE HILLSHIRE BRANDS COMPANY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON NOTICE OF SETTLEMENT

Counsel for Plaintiff Redina Hayslett notified the Court that the parties had reached a settlement of their dispute on October 10, 2023. Local Rule 83.13(b) requires the parties to any civil action to promptly notify the presiding judge if they reach a settlement. The Rule then gives the parties 28 days to file a final stipulation or motion for dismissal. In this case, the parties have satisfied the requirements of Rule 83.13(b). The parties' stipulation of dismissal will be due 28 days from the entry of this order, that is, no later than November 8, 2023. A jury trial is currently set for October 30, 2023, and a pretrial conference October 20, 2023. In light of the parties' settlement, those settings are hereby continued.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: October 11, 2023

1