# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **REDINA HAYSLETT,** | **JUDGMENT IN A CIVIL CASE** |
|     Plaintiff, | |
| vs. | |
| **TYSON FOODS, INC., ET AL.,** | **CASE NO: 22-1123-STA-jay** |
|     Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION** of Dismissal entered on November 3, 2023, this cause is hereby DISMISSED with prejudice.

                                              APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 11/3/2023**
                                            Wendy R. Oliver
                                            Clerk of Court

                                                  s/Maurice Bryson

                                            (By)   Deputy Clerk